EATON *vs.* WYCKOFF.

The People
v.
Hayden.

A suit will not be stayed until the costs of a former suit for the same cause of action be paid, where the plaintiff is in execution for such costs.

MOTION to stay proceedings until costs of a former suit be paid. The plaintiff in the former suit neglected to declare, and judgment of *non-pross* was entered against him. A *casa*, was issued for the costs of such judgment, on which the plaintiff was arrested and now remains in custody. The new suit is for the same cause of action.

*J. Wyckoff*, for motion.

*S. M. Fitch*, contra.

*By the Court*, SUTHERLAND, J. The imprisonment of the plaintiff on the execution is the highest satisfaction of the judgment obtained against him known to the law. (1 Cowen, 56.) In this view the costs of the former suit are considered as paid, and there is no foundation for this motion, which is denied with costs.